2011 UT App 233

**OREM CITY, Plaintiff and Appellee,**

v.

**Scott Ray BISHOP, Defendant
and Appellant.**

**No. 20100962–CA.**

Court of Appeals of Utah.

July 21, 2011.

Scott Ray Bishop, Orem, Appellant Pro Se.

D. Jacob Summers, Orem, for Appellee.

Before Judges DAVIS, McHUGH, and CHRISTIANSEN.

### DECISION

PER CURIAM:

¶ 1 Scott Ray Bishop appeals his conviction for speeding. However, this court cannot review the issues raised because Bishop has not provided an adequate record on appeal. *See* Utah R.App. P. 11 (discussing the record requirements on appeal).

¶ 2 "When a defendant predicates error to this Court, he has the duty and responsibility of supporting such allegation by an adequate record. Absent that record, defendant's assignment of error stands as a unilateral allegation which the reviewing court has no power to determine. This Court simply cannot rule on a question which depends for its existence upon alleged facts unsupported by the record." *State v. Linden,* 761 P.2d 1386, 1388 (Utah 1988) (quoting *State v. Wulffenstein,* 657 P.2d 289, 293 (Utah 1982)). Although all issues raised by Bishop involve rulings made during the course of his trial, he failed to provide this court with a transcript of those proceedings. Without such a transcript, we must presume the correctness of the underlying decisions. *See State v. Mead,* 2001 UT 58, ¶ 48, 27 P.3d 1115 (stating that in the absence of an adequate record on appeal, we presume the correctness of the disposition and cannot address the issues raised).

¶ 3 Affirmed.